IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT MCKINSEY, | |
| Plaintiff, | 8:16-CV-13 |
| vs. | JUDGMENT |
| ONE MAIN FINANCIAL , | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff's complaint is dismissed without prejudice.

Dated this 5th day of August, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge